THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

JS-6

Attorneys for Defendant Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MAGDI M. ELSHERBINI,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | CV 04-4654 VBK<br><br><br><br><br>JUDGMENT FOR PLAINTIFF |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff,  the Court hereby grants judgment for Plaintiff.

DATE: May 07, 2008

                                /s/
                         VICTOR B. KENTON
                         United States Magistrate Judge